## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Case No. 09-10137 |
| | : | |
| Robert Mitchell Thomas | : | Chapter 7 |
| Kimberly Rae Thomas | : | |
| | : | |
| Debtors | : | Judge Hopkins |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The amount of $5.34 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses(s) of the party(ies) entitled to those unclaimed dividends is (are) as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX  75374 | 6I | $1.75 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 | 7UI | $.99 |
| Ohio Department of Taxation<br>P.O. Box 530<br>Columbus, Ohio  43216-0530 | 8UI | $2.60 |

Total Unclaimed/Small
Dividends $25.00 or Under
$5.34

Total Unclaimed
Dividends Over $25.00
$

Dated: October 4, 2010    /s/ Henry E. Menninger, Jr.
Case Trustee
Henry E. Menninger, Jr.