## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Case No. 09-10137 |
| | : | |
| Robert Mitchell Thomas | : | Chapter 7 |
| Kimberly Rae Thomas | : | |
| | : | |
| Debtors | : | Judge Hopkins |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached checks in the amount of $1,110.44 and $6.55 which represent interest, is the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. ∍347(a) and FRBP 3010. The name(s) and addresses(s) of the party(ies) entitled to those unclaimed dividends is (are) as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| New Horizons Credit Union<br>6693 Sawmill Road<br>Dublin, OH  43017-9009 | 2 | $1,110.44<br>$6.55(interest) |

| Total Unclaimed/Small Dividends $25.00 or Under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $ _____ | $1,116.99 _____ |

Dated: May 3, 2011     Henry E. Menninger, Jr._____
                       Case Trustee
                       Henry E. Menninger, Jr.